**Chief Justice**
SCOTT BRISTER

**Justices**
SCOTT FIELD
APRIL FARRIS

**Clerk**
CHRISTOPHER A. PRINE



# Fifteenth Court of Appeals

P.O. Box 12852, AUSTIN, TEXAS 78711
www.txcourts.gov/15thcoa.aspx/
512-463-1610

## FEE RECEIPT

| | |
|---|---|
| **Fee Date:** | 05/09/2025 |
| **Received From:** | Julie Blackmon |
| **Case Number:** | 15-25-00063-CV |
| **Style:** | James Brickley Vs Codi Mitchell |

**PAID FEE**          **TOTAL PAID: $** $205.00

| | |
|---|---|
| Fee Type: | FILING |
| Fee Amount Paid: | $100.00 (one hundred  dollars) |
| | Money Order |
| Fee Receipt # | 25-63 050925 |

| | |
|---|---|
| Fee Type: | STATEWIDE EFILING |
| Fee Amount Paid: | $30.00 (thirty dollars) |
| | Money Order |
| Fee Receipt # | 25-63 050925 |

| | |
|---|---|
| Fee Type: | CHAPTER 51 |
| Fee Amount Paid: | $50.00 (fifty dollars) |
| | Money Order |
| Fee Receipt # | 25-63 050925 |

| | |
|---|---|
| Fee Type: | INDIGENT |
| Fee Amount Paid: | $25.00 (twenty-five dollars) |
| | Money Order |
| Fee Receipt # | 25-63 050925 |

Christopher A. Prine, Clerk